**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6556**

ALMANZO R. WOODLEY,

                    Plaintiff – Appellant,

          v.

KEN STOLLE, Sheriff,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:14-cv-01722-CMH-JFA)

Submitted:  August 17, 2015              Decided:  August 19, 2015

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Almanzo R. Woodley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Almanzo R. Woodley appeals from the district court's order dismissing his 42 U.S.C. § 1983 (2012) action for noncompliance with a court order.  A plaintiff's failure to comply with an order of the court may warrant involuntary dismissal.  Fed. R. Civ. P. 41(b).  We review a district court's dismissal under Rule 41(b) for abuse of discretion.  Ballard v. Carlson, 882 F. 2d 93, 95 (4th Cir. 1989).  We have reviewed the record and find no abuse of discretion.  Accordingly, we affirm for the reasons stated by the district court.  See Woodley v. Stolle, No. 1:14-cv-01722-CMH-JFA (E.D. Va. Mar. 31, 2015).  We dispense with oral argument because the facts and legal arguments are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2